IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| ELAINE BARLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOX CHASE CANCER CENTER | : | NO. 13-6269 |


ORDER

AND NOW, this 3rd day of September, 2014, upon consideration of the cross motions for summary judgment from plaintiff Elaine Barley (docket entry # 21) and defendant Fox Chase Cancer Center (docket entry # 22), and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1.      Plaintiff's motion for summary judgment is DENIED;

2.      Defendant's motion for summary judgment is GRANTED; and

3.      The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


   /s/ Stewart Dalzell, J.
Stewart Dalzell, J.