IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE BARLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOX CHASE CANCER CENTER | : | NO. 13-6269 |

ORDER

AND NOW, this 23rd day of October, 2014, upon consideration of Fox Chase Cancer Center's bill of costs (docket entry #32), its motions for attorney's fees (docket entry # 33) and for sanctions (docket entry # 34), Elaine Barley's opposition thereto and cross-motion for sanctions (docket entries ## 42 and 43), and for the reasons articulate in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's bill of costs is GRANTED to the extent described in the accompanying Memorandum and defendant shall by noon on October 27, 2014 FILE an amended bill of costs in accordance with this Court's holdings in the Memorandum;

2. Defendant's motion for attorney's fees is DENIED;

3. Defendant's motion for sanctions is DENIED;

4. Plaintiff's cross-motion for sanctions under 28 U.S.C. § 1927 is GRANTED to the extent described in the accompanying Memorandum;

5. By noon on October 27, 2014 plaintiff shall SUBMIT to the Court her costs and fees incurred defending the motions for attorney's fees and for sanctions; and

6. At 9:30 a.m. on October 31, 2014, Richard R. Harris, Esq., and Michael R. Miller, Esq., shall APPEAR for a hearing in Courtroom 15-B to address their contradictory representations to the Court regarding settlement.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.